**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Bobbie Lee Roberson,** | ) CASE NO. CV 11-1935 SS |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| **Michael J. Astrue,** | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute and obey court orders.

DATED: January 14, 2013

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE